Order Filed on 12/23/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**TRENK, DiPASQUALE, WEBSTER,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale (JD3330)
*Proposed Counsel to John M. McDonnell,
Chapter 7 Trustee*

In re:

MARIJEN, INC.,

             Debtor.

Case No. 10-46850 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:        ☒ Followed        ☐ Modified

**ORDER AUTHORIZING RETENTION OF
BEDERSON & COMPANY, LLP, AS ACCOUNTANTS TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 12/23/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Marijen, Inc. |
| Case No.: | 10-46850 (KCF) |
| Applicant: | John M. McDonnell |

☒ Trustee:  ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: Bederson & Company, LLP

Address: 347 Mt. Pleasant Avenue
West Orange, NJ 07052

☐ Attorney for:

　　☐ Trustee   ☐ Debtor-in-Possession

　　☐ Official Committee of _____

☒ Accountant for:

　　☒ Trustee   ☐ Debtor-in-Possession

　　☐ Official Committee of _____

☐ Other Professional:

　　☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

　　☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, Bederson & Company, LLP, to act as accountants for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the application is filed with the Court.

*F:\WPDOCS\A-M\Marijen, Inc\Bederson Ret - Order.doc*

*Approved by Judge Kathryn C. Ferguson  December 23, 2010*