**Order Filed on 4/20/2011 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

In Re:

**MARIJEN, INC.,**

Debtor.

Case No.: 10-46850

Chapter : 7

Hon. KCF

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) through (  ) is hereby **ORDERED**.

**DATED: 4/20/2011**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

In Re:

**MARIJEN, INC.,**

Debtor.

Case No.: 10-46850

Chapter : 7

Hearing Date:

Hon. KCF

## ORDER TO PAY APPRAISER

Upon reading and filing the duly verified petition of A. ATKINS APPRAISAL CORPORATION, the appraiser herein, and good cause appearing therefore,

**IT IS** on this          day of          , 2011

**ORDERED**, that A. ATKINS APPRAISAL CORPORATION, the appraiser employed herein under Court Order, be and is hereby allowed;

    the sum of $    1,000.00    as compensation for fees and
    the sum of $                 for expenses in this matter.

*Approved by Judge Kathryn C. Ferguson  April 20, 2011*